United States District Court
District Of Maine

| | |
|---|---|
| Richard Wood,<br><br>            Plaintiff,<br><br>      v.<br><br>Maine Turnpike Authority,<br><br>            Defendant. | Docket No.: 2:14-00436-GZS |

### Stipulation Of Dismissal

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for all parties to this action hereby stipulate and consent to the dismissal of the above-captioned case with prejudice and without attorneys' fees or costs to any party.

Date: April 13, 2015            /s/ David G. Webbert
                                David G. Webbert, Esq.
                                Roberta L. de Araujo, Esq.
                                JOHNSON, WEBBERT & YOUNG, LLP
                                160 Capitol Street, P.O. Box 79
                                Augusta, Maine  04332-0079
                                Tel:  (207) 623-5110
                                E-Mail: dwebbert@johnsonwebbert.com
                                E-Mail: RdeAraujo@johnsonwebbert.com

                                *Attorneys for Plaintiff*

2

/s/ Melissa A. Hewey
Melissa A. Hewey
DrummondWoodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mhewey@dwmlaw.com

*Attorney for Defendant*

<u>Certificate of Service</u>

      I hereby certify that on April 13, 2015 I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Melissa A. Hewey
DrummondWoodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
mhewey@dwmlaw.com


Date: April 13, 2015           /s/ David G. Webbert
                                     David G. Webbert, Esq.
                                     JOHNSON & WEBBERT, L.L.P.
                                     160 Capitol Street, P.O. Box 79
                                     Augusta, Maine  04332-0079
                                     Tel:  (207) 623-5110
                                     E-Mail: dwebbert@johnsonwebbert.com

                                     *Attorney for Plaintiff*